**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE REVOCABLE TRUST OF CHARLES A. AND MARJORIE M. MARTIN | 3:11-cv-89-RCJ-RAM<br><br>**ORDER** |

Currently before the Court are Petitioner Charles A. Martin's Emergency Ex Parte Motion for Temporary Restraining Order (#8) and Preliminary Injunction (#10). The Court heard oral argument on March 8, 2011. The Court denies as moot the Motion for Temporary Restraining Order (#8) and grants the Motion for Preliminary Injunction (#10) as modified by counsels' stipulations in court.

Based on counsels' stipulations in court, IT IS ORDERED that Mr. Glenn Andrade will transfer to the trust account of the O'Mara Law Firm, P.C., counsel for Mr. Martin, the sum of $33,000.00 on the first day of each month, effective retroactive to March 1, 2011, and shall transfer a like amount to the O'Mara Trust Account on the first day of each month until further court order.

IT IS FURTHER ORDERED that if, upon investigation, it is found that previous billings have not been paid and are late, but are appropriate bills, Mr. O'Mara and Mr. Richard Hill are to work together to determine the additional amounts that are necessary to bring the monthly bills current, and thereafter request those additional funds from Mr. Andrade to pay said late bills.

IT IS FURTHER ORDERED that the Pilands are to provide to Mr. O'Mara copies of any

and all bills for Mr. Martin or the Trust that they have received from December 2010 to the present. The O'Mara Law Firm will tender monthly accounting to the Pilands of all monies that are received and paid out.

IT IS FURTHER ORDERED that Judge Robert McQuaid's order expediting discovery and order related to a physical and mental examination of Mr. Martin is confirmed.

IT IS FURTHER ORDERED that this case is remanded to the Ninth Judicial District Court of the State of Nevada, in and for the County of Douglas, pursuant to *Marshall v. Marshall*, 547 U.S. 293, 298, 126 S.Ct. 1735, 1741, 164 L.Ed.2d 480 (2006) (recognizing that federal jurisdiction is limited by domestic relations and probate exceptions).

DATED: This 1st day of April, 2011.

_____
United States District Judge

2